AO 442 (Rev. 01/09) Arrest Warrant


SEALED

# UNITED STATES DISTRICT COURT
for the
District of Columbia

FID# 10576152

United States of America
v.
SABER FAKIH

FILED
AUG 05 2021
Clerk, U.S. District and
Bankruptcy Courts

Case: 1:18-cr-00134
Assigned To : Judge Friedrich, Dabney L.
Assign. Date : 5/9/2018
Description: INDICTMENT

*Defendant*

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   SABER FAKIH

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 371 (Conspiracy); 50 U.S.C. § 1705 (International Emergency Economic Powers Act Violations); 31 C.F.R. Part 560 (Iranian Transaction Regulations), 31 C.F.R. Part 594 (Global Terrorism Sanctions Regulations); 18 U.S.C. § 1956 (Money Laundering) 18 U.S.C. § 2 (Aiding and Abetting) 18 U.S.C. § 981(a)(1)(C); 28 U.S.C. § 2461(c); 18 U.S.C. § 982(a)(1); 21 U.S.C. § 853(p) (Criminal Forfeiture)

Date:  05/09/2018

*Issuing officer's signature*

City and state:   Washington, D.C.

United States Magistrate Judge
*Printed name and title*

---

### Return

This warrant was received on *(date)*  05-10-18  , and the person was arrested on *(date)*  08-05-21
at *(city and state)*  WASHINGTON DC  .

Date:  08-12-21

*Arresting officer's signature*

COREY WILLIAMS
*Printed name and title*